## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF TRANSPORATION and JOHN DOES 1-10<br><br>　　　　　Defendants. | Civil Action No. 11-3348 (PGS)<br><br>**ORDER** |

　　　　A Report and Recommendation was filed on August 26, 2013 recommending that Defendant, New Jersey Department of Transportation's motion to enforce settlement be granted. The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2).  One objection was received from Herbert McDuffy, Jr., Esq. on behalf of Plaintiff. The Court finds that the recommendation by Magistrate Judge Goodman sets forth compelling rationale for demonstrating that a settlement was reached; and that both parties had knowledge of all of the terms of the settlement including Plaintiff's resignation from the Department of Transportation.

　　　　It is, on this 12th day of September, 2013,

　　　　**ORDERED** that the Report and Recommendation of Magistrate Judge Lois H. Goodman at docket entry 33 is hereby adopted as the opinion of the Court; and it is further

　　　　**ORDERED** that Defendant's motion to enforce settlement (ECF No. 25) is granted.


　　　　　　　　　　　　　　　　　　　　　　　　*s/Peter G. Sheridan*
　　　　　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.